In the Matter of the Accounting of CHEMICAL BANK AND TRUST COMPANY, as Trustee under the Will of MORRIS SCHINASI, Deceased, Appellant and Respondent.

LAURETTE SCHINASI et al., Respondents and Appellants; RAYMOND D. SANDERS et al., Infants, by JOHN G. SAXE, Their Special Guardian, Respondents.

Submitted May 31, 1938; decided June 3, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 252.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LUCIANO, THOMAS PENNOCHIO, DAVID BETILLO, JAMES FREDERICO, ABRAHAM WAHRMAN and RALPH LIGUORI, Appellants.

Submitted May 31, 1938; decided June 3, 1938.

Motion for reargument denied. (See 277 N. Y. 348.)

In the Matter of the Accounting of GUISIPPINA PARASCANDOLA, as Administratrix with the Will Annexed of the Estate of JOSEPH AUDITORE, Deceased.

JOHN J. KEAN et al., Appellants; JENNIE PARASCANDOLA et al., Respondents.

Submitted May 31, 1938; decided June 3, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 234.)